**Opinion issued February 25, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-14-00085-CR**

**NO. 01-14-00086-CR**

———————————

**IN RE JUAN RIVERA ROMAN, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

On January 29, 2014, the relator, Juan Rivera Roman, filed two petitions for writ of mandamus,[1] seeking to compel the trial court to rule on relator's motion related to DNA testing.[2]

---

[1] Relator also filed motions for leave to file his petitions for writ of mandamus. Relator's motions for leave are dismissed. The Texas Rules of Appellate Procedure no longer require the relator to file a motion for leave to file an original proceeding. *See* TEX. R. APP. P. 52 & cmt.

We **deny** the petition for writ of mandamus.[3]

## PER CURIAM

Panel consists of Justices Jennings, Higley, and Sharp.

Do not publish.   TEX. R. APP. P. 47.2(b).

---

[2]    The underlying cases are *State v. Juan Rivera Roman*, No. 320105, in the 209th District Court of Harris County, Texas, the Honorable Michael T. McSpadden presiding and *State v. Juan Rivera Roman*, No. 1107807, in the 176th District Court of Harris County, Texas, the Honorable Lisa Burkhalter presiding.

[3]    Relator's petition for writ of mandamus is procedurally defective. *See* TEX. R. APP. P. 9.5, 52.2, 52.3, 52.7.

2